UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACOB S. SILVERMAN,

Plaintiff,

v.

DENNIS GAGNON, et al.,

Defendants.

Case No. 18-07621 BLF (PR)

**ORDER GRANTING EXTENSION OF TIME TO FILE REPLY**

Plaintiff, a California inmate, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against officers of the Humboldt County Sheriff's Office. On August 26, 2019, the Court granted Defendants' motion to dismiss and granted Plaintiff leave to file a first amended complaint to attempt to cure the deficiencies in the original complaint. (Docket No. 21.) Plaintiff filed an amended complaint on September 9, 2019. (Docket No. 24.) On September 23, 2019, Defendants filed a motion to dismiss the first amended complaint. (Docket No. 26.) On October 2, 2019, Plaintiff filed a "motion for judicial notice and opposition to Defendants' motion to dismiss." (Docket No. 26.) It does not appear that he served this paper on Defendants as there is no certificate of service attached to the document. (*Id.*) Accordingly, Defendants shall be granted an extension of time to

file a reply to the opposition.

Defendants' reply to Plaintiff's opposition, (Docket No. 26), shall be filed **no later than fourteen (14) days from the date this order is filed**.

**IT IS SO ORDERED.**

Dated: _October 31, 2019_

*[signature]*
BETH LABSON FREEMAN
United States District Judge