# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB S. SILVERMAN,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS GAGNON, et al.,<br><br>Defendants. | Case No. 18-07621 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed all claims against Defendants and granted their motion to dismiss. Judgment is entered in favor of Defendants.

The Clerk shall close the file.

**IT IS SO ORDERED.**

**Dated: _March 30, 2020_**

BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.18\07621Silverman_judgment